UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BAGGAGE AIRLINE GUEST
SERVICES, INC.,

      Plaintiff,

v.                                      CASE No: 6:17-cv-1549-RBD-TBS

ROADIE, INC.,

      Defendant.

_____/

## NOTICE OF MEDIATION DATE

      Plaintiff, Baggage Airline Guest Services, Inc., pursuant to the Court's scheduling order (Dkt. 29), hereby notify the Court that the parties have agreed to a mediation date of May 17, 2018 at 9:00 a.m. The mediator remains Jay M. Cohen.

Date: January 12, 2018.

                                                  /s/ Stefan V. Stein
                                                  Stefan V. Stein
                                                  Florida Bar No. 300527
                                                  Primary Email Address:
                                                  stefan.stein@gray-robinson.com
                                                  Mayanne Downs
                                                  Florida Bar No. 754900
                                                  Primary Email Address:
                                                  mayanne.downs@gray-robinson.com
                                                  Jason Zimmerman
                                                  Florida Bar No. 104392
                                                  Primary Email Address:
                                                  jason.zimmerman@gray-robinson.com
                                                  Cole Carlson
                                                  Florida Bar No. 112863
                                                  Primary Email Address:

                                                  cole.carlson@gray-robinson.com
                                                  William Stein
                                                  Florida Bar No. 1004226

                                                  Primary Email Address:
                                                  william.stein@gray-robinson.com

                                                  GrayRobinson, P.A.
                                                  301 East Pine Street, Suite 1400

P.O. Box 3068
Orlando, Florida 32802
Telephone: (407) 843-8880
Facsimile:   (407) 244-5690

*Attorneys for Plaintiff*
*Baggage Airline Guest Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2018, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system which will serve a true and correct copy of the foregoing to all counsel of record.

*/s/Stefan V. Stein*
Stefan V. Stein

# 11918662 v1